SLIP OPINION

Cite as 2014 Ark. 495

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON AUTOMATION | **Opinion Delivered** November 20, 2014 |

## PER CURIAM

Circuit Judge–elect Mike Reif, of Little Rock; District Court Judge Randy Hill, of Arkadelphia; Bob McMahan, Coordinator, Office of the Prosecutor Coordinator, of North Little Rock; and Shawn Key, Esq., of North Little Rock, are appointed to the Committee on Automation for three-year terms to expire on October 31, 2017. We thank them for their willingness to serve on this important committee.

District Court Judge Mark Pate, of Searcy, and Faulkner County Circuit Clerk Rhonda Long-Wharton are reappointed to the committee for three-year terms to expire on October 31, 2017. We thank them for their continued service.

Circuit Judge Lynn Williams, of Hot Springs, is designated chair of the committee to succeed Circuit Judge Vann Smith. We thank Judge Smith for his service to the committee and especially for his excellent work as the chair.

The court also expresses its gratitude to District Court Judge Sherry Burnett, David Danielson, and David Kamps, whose terms have expired, for their valuable service on the committee.